DAVID B. BARLOW, United States Attorney (#13117)
WILLIAM K. KENDALL, Assistant United States Attorney (# 7906)
STEPHEN L. NELSON, Special Assistant United States Attorney (#9547)
J. DREW YEATES, Assistant United States Attorney (#9811)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone:   (801) 524-5682
_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION
_____

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

SIALE ANGILAU,

           Defendant.

:   CASE NO.   2:08-CR-00758 TC

:   UNITED STATES'
:   PROPOSED WITNESS LIST

:   JUDGE TENA CAMPBELL

:

_____

     The United States hereby gives notice that it may call some or all of the following witnesses to testify during its case-in-chief at trial which is scheduled to begin April 21, 2014.

- Sandra Cardwell
- Donnie Beck
- Carlos Lopez
- Jason Knight, SLCPD - (801)799-3000
- Randy Bushman, SLCPD - (801)799-3000
- Peggy Avila
- Wesly Hollingsworth
- Madonna Brown

- Michael Millard, SLCPD - (801)799-3000
- Michael Tuttle, SLCPD - (801)799-3000
- Gary Waldron, SLCPD - (801)799-3000
- Chad Steed, SLCPD - (801)799-3000
- Scott Smalley, SLCPD - (801)799-3000
- Harry Mount, SLCPD - (801)799-3000
- Paul Eaton
- Doug Teerlink, SLCPD -(801)799-3000
- Richard Lewis, SLCPD -(801)799-3000
- Lyman Smith, SLCPD - (801)799-3000
- Justin Anderson
- Michael Hilbig
- Lance Vandongen, SLCPD - (801)799-3000
- Robert Eldard, SLCPD - (801)799-3000
- Jason Adamson
- Shantel Brett
- Stephen Pearce
- Officer Roderic Hunt, SLCPD - (801)799-3000
- Sioeli Folau, SLCPD - (801)799-3000
- Zeljko Janjic
- Officer Kevin Ford, SLCPD - (801)799-3000
- Michael Serio, SLCPD - (801)799-3000
- Bridgett Bennett, SLCPD - (801)799-3000
- Michael Blackburn, SLCPD - (801)799-3000
- Sunia Pupunu
- Jodi Payne
- Luis Pagan
- Jose Rivera
- Mark Jorgensen
- Officer Dan Wendleboth, SLCPD - (801)799-3000
- Officer Derek Christensen, SLCPD - (801)799-3000
- Brian Wahlin, SLCPD - (801)799-3000
- Shane Conrad, SLCPD - (801)799-3000
- Dana Leiato
- Officer Dustin Marshall, SLCPD - (801)799-3000
- Rich Rosa
- Officer Break Merino, SLCPD -(801)799-3000
- Tiffany Commagere, SLCPD - (801)799-3000
- Enrique Martinez

- Rick Simonelli, USMS
- Bobby Arnes, USMS
- Peter Ben Johnson, SLCPD - (801)799-3000
- Carlos Valencia, SLCPD - (801)799-3000
- Robert Zubal, SLCPD - (801)799-3000
- Barry Herrscher, SLCPD - (801)799-3000
- Justin Hudson, SLCPD - (801)799-3000
- Officer Sweeney, SLCPD - (801)799-3000
- Officer Measels, SLCPD - (801)799-3000
- Jason Miller, SLCPD - (801)799-3000
- Andy Leonard, SLCPD - (801)799-3000
- Melanie Schertz, SLCPD - (801)799-3000
- Scott Scriven, SLCPD - (801)799-3000
- Derek Christensen, SLCPD -(801)799-3000
- Lex Bell, UPD
- Edward J. Kamoto
- Travis Knorr, Utah Department of Corrections
- Pete Walters, Utah Department of Corrections
- Sgt. Brent Cude, Utah State Prison

Additional witnesses or witnesses listed above may be called as rebuttal witnesses.

Notification of additional potential witnesses will be made to defendant as they become known at a reasonable time before trial.

DATED this 21st day of March, 2014.

DAVID B. BARLOW
United States Attorney

*/s/ Wm K Kendall*

WILLIAM K. KENDALL
Assistant United States Attorney