IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>SIALE ANGILAU,<br><br>                Defendant. | ORDER<br><br>Case No. 2:08-CR-758-TC |

For administrative purposes, the court orders that the term of service for the jurors who sat in this matter, including alternate jurors, is hereby extended until counseling is no longer needed.

DATED this 21st day of April, 2014.

                                BY THE COURT:

                                *Tena Campbell*<br>
                                TENA CAMPBELL<br>
                                U.S. District Court Judge