DAVID B. BARLOW, United States Attorney (#13117)
J. DREW YEATES, Assistant United States Attorney (#9811)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah  84111
Telephone:  (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SIALE ANGILAU,<br><br>Defendant. | Case No.  2:08cr00758 TC<br><br>MOTION TO SEAL<br><br>JUDGE TENA CAMPBELL |

The United States of America, by and through the undersigned, requests this Court seal Docket Number 1595.

DATED this 21st day of April, 2014.

DAVID B. BARLOW
United States Attorney

*(signature)*

J. DREW YEATES
Assistant United States Attorney

–1–